CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 17 2006

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TERRI MARGRETTA TYREE, ) | Civil Action No. 7:06CV00447 |
| Petitioner, ) | |
| v. ) | **ORDER** |
| DIRECTOR OF VIRGINIA ) | |
| DEPARTMENT OF CORRECTIONS ) | By: Samuel G. Wilson |
| ) | United States District Judge |
| Respondent. ) | |

In accordance with the court's memorandum opinion entered on this day, respondent, the Virginia Department of Corrections, is **ORDERED** to show cause within 15 days why this court should not grant habeas relief pursuant to 28 U.S.C. § 2254 based upon the State's failure to afford petitioner, Terri Margretta Tyree, a hearing that complies with the due process clause of the 14th Amendment.

**ENTER**: This November 17, 2006.

_____
UNITED STATES DISTRICT JUDGE